**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

***Attorneys for Plaintiff and the Proposed Class***

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MAIER, on behalf of herself and all others similarly situated, and the general public,<br><br>          Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION,  INC., a Delaware Corporation  and J.C. PENNEY COMPANY, INC., a Delaware Corporation,<br><br>          Defendants. | Case No.: 13-cv-00163-BAS-DHB<br><br>CLASS ACTION<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT** |

1    Plaintiff Tracy Maier hereby gives notice that this case has been settled in its
2  entirety, on an individual basis.  The Parties anticipate filing a Joint Stipulation for
3  Dismissal with prejudice as to the named plaintiff and without prejudice as to the
4  putative class.  Therefore, Plaintiff requests that the court continue Defendants J.C.
5  Penney Corporation, Inc. and J.C. Penney, Inc.'s Motion for Summary Judgment
6  for at least 30 days to the next available date on the Court's calendar to allow the
7  Parties sufficient time to execute and perform a written settlement agreement and
8  to submit a stipulation to dismiss this case as a result of the agreement.

9

10  Dated: July 18, 2014                    */s/ Ronald A. Marron*
11                                          By: Ronald A. Marron
                                            **LAW OFFICES OF RONALD A.**
12                                          **MARRON**
13                                          RONALD A. MARRON
                                            SKYE RESENDES
14                                          ALEXIS WOOD
                                            KAS GALLUCCI
15                                          651 Arroyo Drive
16                                          San Diego, California 92103
                                            Telephone: (619) 696-9006
17                                          Facsimile: (619) 564-6665
18

19                                          */s/ Douglas J. Campion*
20                                          By: Douglas J. Campion
                                            **LAW OFFICES OF DOUGLAS J.**
21                                          **CAMPION, APC**
22                                          409 Camino Del Rio South, Suite 303
                                            San Diego, CA 92108
23                                          *doug@djcampion.com*
24                                          Telephone: (619) 299-2091
                                            Facsimile: (619) 858-0034
25

26                                          **Attorneys for Plaintiff and the Proposed**
27                                          **Class**

28

---

1