UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MAIER,<br><br>                    Plaintiff,<br><br>         v.<br><br>J.C. PENNEY CORPORATION, INC., *et al.*,<br><br>                    Defendants. | Case No. 13-cv-00163-BAS(DHB)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 65) |

Presently before the Court is the parties' joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Good cause appearing, the Court **GRANTS** the motion (ECF No. 65). Accordingly, this action is **DISMISSED WITH PREJUDICE** as to all individual claims asserted by Plaintiff against Defendants, and **DISMISSED WITHOUT PREJUDICE** as to members other than Plaintiff, if any, of the putative class. Each party is to bear its own fees and costs.

   **IT IS SO ORDERED.**

DATED: August 20, 2014

Hon. Cynthia Bashant
United States District Judge